# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SHEILA HERRON,

    Plaintiff,

v.                                        Case No:   6:14-cv-727-Orl-40TBS

AIG DIRECT INSURANCE SERVICES,
INC. and JOHN DOE,

    Defendants.

## ORDER OF DISMISSAL

Upon the parties' Stipulation of Dismissal with Prejudice (Doc. No. 20), filed August 19, 2014, it is **ORDERED** and **ADJUDGED** that

1. This cause is hereby **DISMISSED WITH PREJUDICE** in accordance with Federal Rule of Civil Procedure 41(a)(1)(ii).

2. Any pending motions are hereby **DENIED** as moot.

3. Each party is to bear its own fees and costs.

4. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on August 20, 2014.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties